[No. 21235-1-III.   Division Three.   September 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY BRIAN SANKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02579-2, Richard J. Schroeder, J., entered May 23, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 21250-5-III.   Division Three.   September 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICAH J. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01155-4, Michael E. Donohue, J., entered June 24, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 28313-1-II.   Division Two.   September 9, 2003.]

LOW INCOME HOUSING INSTITUTE, ET AL., *Appellants*, v. THE CITY OF LAKEWOOD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-00608-5, Gary Tabor, J., entered January 16, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ. Now published at 119 Wn. App. 110.

[No. 28554-1-II.   Division Two.   September 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON DAVID BOEHLER, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 01-1-00026-3, Joel M. Penoyar, J., entered March 27, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Houghton, JJ.